# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: ddunninge | Date Created: 3/27/2019 |
| Case: 8−19−72241−las | Form ID: 761 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
tr        Robert L. Pryor        rlp@pryormandelup.com

                                                                                       TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Ryan M Gosin        273 Walt Whitman Rd        P.O. Box 359        Huntington Station, NY 11746
smg       United States Trustee        Office of the United States Trustee        Long Island Federal Courthouse        560 Federal Plaza        Central Islip, NY 11722−4437

                                                                                       TOTAL: 2